Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.



FILED

DEC 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY BAIRD,<br><br>Defendant. | Case No.: CV-04-3495 CRB<br><br>Hon. Charles R. Breyer<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JERRY BAIRD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Jerry Baird ("Defendant") through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated November 29, 2005 ("Agreement") entered into between Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until January 2007. If Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,

| | |
|---|---|
| 1 | as defined therein. The parties therefore respectfully request that the Court retain such |
| 2 | jurisdiction. |

3  DATED: November 70, 2005          Respectfully Submitted,

4                                                            BUCHALTER NEMER
                                                              A Professional Corporation

7                                                            By: _____
                                                                      Brandon Q. Tran
8                                                            Attorneys for Plaintiff DIRECTV, Inc.

9  DATED: November 29, 2005

12                                                           By: _____
                                                                      Jerry Baird
                                                              Defendant *Pro Se*

### ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Jerry Baird and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Jerry Baird is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorneys' fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant Jerry Baird to enforce the terms described above of the Settlement Agreement between those parties dated November 29, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: Dec. 06, 2005                    _____
                                                       Honorable Charles R. Breyer
                                                       United States District Court
                                                       Northern District of California

BNFY 722228v1                                  -2-                              (CV-04-3495 CRB)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JERRY BAIRD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, A Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, California 92612-0514.

On December 1, 2005, I served the foregoing document described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JERRY BAIRD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

Jerry Baird
816 Alameda De Las Pulgas
Belmont, CA 94002

**(Defendant *Pro Se*)**

[X]   **BY MAIL**   I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer, in Irvine, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 1, 2005, at Irvine, California.

Joanne D. Mealey-Hatch         *Joanne D. Mealey-Hatch*
                               (Signature)

BNFY 722228v1                          -3-                          (CV-04-3495 CRB)

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JERRY BAIRD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**